ALTEMUS, (HARDING v.)

[See Harding v. Altemus, Case No. 6,049.]

---

## Case No. 268.

### In re ALTENHEIM.

[1 Ben. 431;[1] 1 N. B. R. 85; Bankr. Reg. Supp. 19; 6 Int. Rev. Rec. 117.]

District Court, S. D. New York. Sept. 25, 1867.

#### APPEARANCE—PROTEST.

A person named as a creditor in a bankrupt's schedule, but who does not appear in person or by attorney duly constituted, and has not proved any debt, cannot put on file a protest against being named as a creditor.

In bankruptcy. In this case, at the first meeting of creditors, an attorney appeared on behalf of a party named in the bankrupt's schedule as a creditor by virtue of a mortgage on certain real estate of the bankrupt, executed by a former owner thereof, and asked leave to put on file a protest on his part against being named as a creditor. The bankrupt objected, and the register held that, as the party did not appear in person or by attorney duly constituted, and had not

---

[1] [Reported by Robert D. Benedict, Esq., and here reprinted by permission.]

proved any debt, the paper could not be filed.

The question was certified to the Judge, [BLATCHFORD, District Judge,] who sustained the decision of the register.